

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 3, 2024

VIA ECF
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 6, 2024

    **Re:  *New York Immigration Fund, LLC v. Mayorkas, et al.*, No. 24 Civ. 2617 (RA)**

Dear Judge Abrams:

    This Office represents the defendants (the "government") in this action, in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Form I-196F, Application for Approval of an Investment in a Commercial Enterprise, either through a Writ of Mandamus or under the Administrative Procedure Act ("APA").  The response to the complaint is due on June 28, 2024.

    On April 12, 2024, Your Honor entered an Order and Notice of Initial Conference, directing the parties to submit a joint letter addressing specific matters and a proposed Case Management Plan and Scheduling Order by May 3, 2024, and setting an Initial Status Conference on May 10, 2024.  When attempting to prepare the joint letter and comply with Your Honor's order, I called plaintiff's counsel's office four times and sent an e-mail, but was unable to speak with plaintiff's counsel of record because he is no longer employed with Klasko Immigration Law Partners, LLP, or any other attorney or receptionist at the firm.

    Today, this Office learned that USCIS approved the application at issue on April 26, 2024.  Consequently, the government's position is that this matter is moot.  Because the application at issue has been approved, and because plaintiff's counsel of record no longer works for the law firm that represents the plaintiff, the government respectfully requests that the Initial Status Conference scheduled for May 10, 2024, be cancelled and that the joint letter, Case Management Plan, and proposed Scheduling Order be adjourned *sine die*. The government further requests that the Court permit it to submit a status report by May 17, 2024, advising as to whether it has been able to reach counsel for plaintiff to resolve this matter, or if instead court intervention is required.

    I thank the Court for its consideration of this request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   *s/ Monica M. Beamer*
        MONICA M. BEAMER
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (646) 906-5441
        E-mail: monica.beamer@usdoj.gov
        *Attorney for Defendants*

cc: Counsel of record (via ECF)